# EXHIBIT A

Levy v. Sterling Holding Co.

Page 1 of 1

## Krauskopf, Anne

**From:** Romeo, Peter J. [PJRomeo@HHLAW.com]
**Sent:** Wednesday, October 15, 2003 10:38 AM
**To:** 'osheroffm@sec.gov'; 'krauskopfa@sec.gov'
**Cc:** Dye, Alan L.
**Subject:** Levy v. Sterling Holding Co.

Mauri and Anne:

In the event you have not heard the news, the Supreme Court yesterday denied certiorari in Levy v. Sterling Holding Co. Therefore, the law in the Third Circuit, where more than half of all public companies are domiciled, is that Rule 16b-3 is available only for transactions involving a compensatory purpose, and Rule 16b-7 is available only for those few reclassifications in which the proportionate security interests of security holders are not changed.

The situation in the Third Circuit clearly is an intolerable one that Alan and I, as well as many members of the ABA Subcommittee on Employee Benefits and Section 16, believe can be mitigated only through prompt rulemaking by the SEC. I would appreciate the opportunity to speak with you today, if possible. I have to leave to catch a plane at 3:00 p.m., but will be available until that time at (703) 715-8320. Regards.

Peter

This electronic message transmission contains information from the law firm of Hogan & Hartson L.L.P. which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.

If you have received this electronic transmission in error, please notify us by telephone (202-637-5600) or by electronic mail (PostMaster@HHLAW.COM) immediately.

01/21/2005

SEC 0810