# EXHIBIT C

Release 34-49895

Page 1 of 1

## Krauskopf, Anne

From: Romeo, Peter J. [PJRomeo@HHLAW.com]
Sent: Wednesday, June 23, 2004 7:02 AM
To: 'osheroffm@sec.gov'; 'krauskopfa@sec.gov'
Subject: Release 34-49895

Alan and I have read the release on Rules 16b-3, 16b-7 and Item 405 and we think it is terrific. Other lawyers with whom we have spoken have had the same reaction. Our congratulations on a job well done!

    Peter

This electronic message transmission contains information from the law firm of Hogan & Hartson L.L.P. which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.

If you have received this electronic transmission in error, please notify us by telephone (202-637-5600) or by electronic mail (PostMaster@HHLAW.COM) immediately.

01/21/2005

SEC 0811