UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK LEVY, )<br>)<br>MARC BRUH, )<br>)<br>And ELLIOT Y. SCHEIER, )<br>)<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES SECURITIES )<br>AND EXCHANGE COMMISSION, )<br>)<br>    Defendant. )<br>_____) | Civil Action No. 06-0269 RMU |

## AFFIDAVIT OF SERVICE

I hereby declare that service of the Complaint in the above-captioned case has taken place in the following manner:

The United States Attorney's Office for the District of Columbia was served the complaint by first class certified mail, return receipt requested on February 14, 2006.

Attached to this affidavit is the original receipt concerning service of the complaint on the United States Attorney's Office for the District of Columbia.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted this 24th day of February, 2006,

_____-S-_____
Scott A. Hodes, D.C. Bar #430375
P.O. Box 42002
Washington, D.C. 20015
301-404-0502

Attorney for Plaintiff

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United States Attorneys Office
555 4th St. NW
Washington, DC 20001

Att: Civil Process clerk

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7005 1820 0005 3595 8026

PS Form 3811, February 2004

2