UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK LEVY, ) | |
| ) | |
| MARC BRUH, ) | |
| ) | |
| And ELLIOT Y. SCHEIER, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 06-0269 RMU |
| ) | |
| UNITED STATES SECURITIES ) | |
| AND EXCHANGE COMMISSION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

AFFIDAVIT OF SERVICE

I hereby declare that service of the Complaint in the above-captioned case has taken place in the following manner:

The United States Attorney General was served the complaint by first class certified mail, return receipt requested on February 14, 2006.

Attached to this affidavit is the original receipt concerning service of the complaint on the United States Attorney General.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted this 24th day of February, 2006,

_____-S-_____
Scott A. Hodes, D.C. Bar #430375
P.O. Box 42002
Washington, D.C. 20015
301-404-0502

Attorney for Plaintiff

[Certified mail return receipt card addressed to: US Attorney General, 950 Pennsylvania Ave, NW, Washington, DC 20530; stamped FEB 16 2006; Article Number 7005 1820 0005 3595 8033]

2