UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARK LEVY,                                       )
                                                 )
MARC BRUH,                                       )
                                                 )
And ELLIOT Y. SCHEIER,                           )
                                                 )
        Plaintiffs,                              )
                                                 )
v.                                               )        Civil Action No. 06-0269 RMU
                                                 )
UNITED STATES SECURITIES                         )
AND EXCHANGE COMMISSION,                          )
                                                 )
        Defendant.                               )
                                                 )

AFFIDAVIT OF SERVICE

        I hereby declare that service of the Complaint in the above-captioned case has

taken place in the following manner:

        Defendant United States Securities and Exchange Commission was served the

complaint by first class certified mail, return receipt requested on February 14, 2006.

        Attached to this affidavit is the original receipt concerning service of the

complaint on Defendant United States Securities and Exchange Commission.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted this 24th day of February, 2006,

_____-S-_____
Scott A. Hodes, D.C. Bar #430375
P.O. Box 42002
Washington, D.C.  20015
301-404-0502

Attorney for Plaintiff

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature <br> X     ☐ Agent   ☐ Addressee <br> B. Received by (Printed Name)    C. Date of Delivery |
| 1. Article Addressed to: <br><br> Securties + Exchnye Commissin <br> 100 F St. NE <br> Wahistn, DC 20549 | D. Is delivery address different from item 1? ☐ Yes <br> If YES, enter delivery address below: ☐ No <br><br> FEB 1 6 2006 <br><br> 3. Service Type <br> ☑ Certified Mail   ☐ Express Mail <br> ☐ Registered   ☐ Return Receipt for Merchandise <br> ☐ Insured Mail   ☐ C.O.D. <br> 4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number <br> (Transfer from service label) | 7005 1820 0005 3595 8040 |
| PS Form 3811 February 2004 | Domestic Return Receipt     102595-02-M-1540 |

2