UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MARK LEVY, MARC BRUH<br>and ELLIOT Y. SCHEIER,<br><br>        Plaintiffs,<br><br>v.<br><br>UNITED STATES SECURITIES AND<br>EXCHANGE COMMISSION,<br><br>        Defendant. | Case No. 1:06-cv-269-RMU |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Civil Rule 83.2(d) of the United States District Court for the District of Columbia, plaintiffs respectfully move the Court to admit Mitchell M.Z. Twersky, Jeffrey S. Abraham and Ximena R. Skovron (the "Applicants"), *pro hac vice* in the above-captioned matter.

The Applicants are members in good standing of the State Bar of New York. Mitchell M.Z. Twersky was admitted to that Bar in 1992, Jeffrey S. Abraham was admitted in 1988, and Ximena R. Skovron was admitted in 2004. None of the Applicants have ever been suspended or disbarred from any court, held in contempt, or otherwise sanctioned under the Federal Rules of Civil Procedure or their state equivalents. The Applicants have never moved for admission *pro hac vice* to this Court. They are familiar with the facts and issues presented in this case.

1

For the reasons set forth above, plaintiffs respectfully request that the Court grant this motion for Mitchell M.Z. Twersky, Jeffrey S. Abraham, and Ximena R. Skovron to appear *pro hac vice* in all matters in this case. In accordance with Local Civil Rule 83.2(d), the instant motion is supported by the accompanying declarations of Mitchell M.Z. Twersky, Jeffrey S. Abraham and Ximena R. Skovron.

Dated: February 28, 2006         By:  /S/
                                 Scott A. Hodes, Attorney At Law
                                 (D.C. Bar No. 430375)
                                 Post Office Box 42002
                                 Washington, D.C. 20015
                                 Telephone: (301) 404-0502
                                 Facsimile: (413) 641-2833


                                 Abraham Fruchter & Twersky LLP
                                 Mitchell M.Z. Twersky
                                 Jeffrey S. Abraham
                                 Ximena R. Skovron
                                 One Penn Plaza, Suite 2805
                                 New York, NY 10119
                                 Telephone:   (212) 279-5050
                                 Facsimile:   (212) 279-3655