UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARK LEVY, MARC BRUH )
and ELLIOT Y. SCHEIER, )
)
Plaintiffs, )  Case No. 1:06-cv-269-RMU
)
v. )
)
UNITED STATES SECURITIES AND )
EXCHANGE COMMISSION, )
)
Defendant. )
)
)

## DECLARATION OF JEFFREY S. ABRAHAM IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

JEFFREY S. ABRAHAM, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am a member in good standing of the bar of the State of New York and of the firm Abraham Fruchter and Twersky LLP, counsel for plaintiffs in the above-captioned case. I submit this declaration pursuant to Local Civil Rule 83.2(d) of the United States District Court for the District of Columbia, in support of the Motion for Admission Pro Hac Vice.

2. My office address, telephone number and facsimile number are as follows:

   Abraham Fruchter & Twersky LLP
   One Penn Plaza, Suite 2805
   New York, NY 10119
   Telephone:   (212) 279-5050
   Facsimile:    (212) 279-3655

3. I have been admitted to the following bars:

The State of New York, the United States District Courts for the Southern and Eastern Districts of New York and the District of Colorado, and the United States Court of Appeals for

1

the Second, Third, Fourth, Seventh, Ninth, Tenth and Eleventh Circuits.

      4.      I hereby certify that I have not been disciplined by any Bar.

      5.      I have not been admitted *pro hac vice* in this Court within the last two years.

      6.      I do not engage in the practice of law from an office located in the District of Columbia.

I declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed this 27th day of February, 2006.

Jeffrey S. Abraham
(New York State Bar No. 2333730)
Abraham Fruchter & Twersky LLP
One Penn Plaza, Suite 2805
New York, NY 10119
Telephone:   (212) 279-5050
Facsimile:   (212) 279-3655

2