UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK LEVY, MARC BRUH <br> and ELLIOT Y. SCHEIER, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES SECURITIES AND <br> EXCHANGE COMMISSION, <br><br> Defendant. | Case No. 1:06-cv-269-RMU |

## DECLARATION OF MITCHELL M. Z. TWERSKY IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

MITCHELL M.Z. TWERSKY, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am a member in good standing of the bar of the State of New York and of the firm Abraham Fruchter and Twersky LLP, counsel for plaintiffs in the above-captioned case. I submit this declaration pursuant to Local Civil Rule 83.2(d) of the United States District Court for the District of Columbia, in support of the Motion for Admission Pro Hac Vice.

2. My office address, telephone number and facsimile number are as follows:

    Abraham Fruchter & Twersky LLP
    One Penn Plaza, Suite 2805
    New York, NY 10119
    Telephone:   (212) 279-5050
    Facsimile:    (212) 279-3655

3. I have been admitted to the following bars:

1

The State of New York, the United States District Courts for the Southern and Eastern District of New York, the Courts of Appeals for the Second, Third and Seventh Circuits and the Supreme Court of the United States of America

4. I hereby certify that I have not been disciplined by any Bar.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia.

I declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed this 27th day of February, 2006.

Mitchell M.Z. Twersky
(New York State Bar No. 2458180)
Abraham Fruchter & Twersky LLP
One Penn Plaza, Suite 2805
New York, NY 10119
Telephone:    (212) 279-5050
Facsimile:    (212) 279-3655