IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DH2, INC., | ) | DOCKET NO. 04 C 789 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| US SEC | ) | Chicago, Illinois |
| COMMISSION | ) | May 13, 2004 |
| Defendant. | ) | 8:45 o'clock a.m. |

TRANSCRIPT OF PROCEEDINGS BEFORE THE HONORABLE
MILTON I. SHADUR, Judge

APPEARANCES:

For the Plaintiff:
    MR. CHARLES BERGEN and
    MR. DAVID FREEMAN

For the Defendant:
    MS. DONNA McCAFFREY,
    MS. MELINDA HARDY and
    MR. THOMAS KARR

JESSE ANDREWS
Official Court Reporter - U. S. District Court
219 S. Dearborn Street
Chicago, Illinois 60604
(312) 435-6899

\*   \*   \*   \*   \*   \*

1   (Whereupon the following proceedings were had in part via

2   a telephone conference)

3       THE CLERK:  04 C 789, DH2 vs. U.S. SEC.

4       THE COURT:  Counsel, there are some counsel here in

5   court, but would whoever you is or are on the line out in

6   telephone land please identify yourself first, and then counsel

7   in court will do the same.

8       MS. McCAFFREY:  Good morning, your Honor.  This is

9   Donna McCaffrey from the Securities and Exchange Commission.

10  With me, but not upon the line, are Melinda Hardy and Thomas

11  Karr, also for the SEC.

12      MR. BERGEN:  Good morning, your Honor.  Charles

13  Bergen for DH2.  Also with me is David Freeman.  And I was the

14  one who just walked in.  I apologize for any delay to the Court

15  and to my opposing counsel.

16      THE COURT:  No delay at all.

17      Well, I have reviewed everything that everybody has

18  filed.  And I am not going to write on this one.  I am going to

19  rule orally.  There is no reason that people in court have to

20  shift from foot to foot while I am doing this, so you ought to

21  sit down.  And to the extent that you may want to make notes,

22  do that.  And then after I have indicated my views I will hear

23  from counsel.

24      As you know, DH2 points to the Investment Companies

25  Act Section 43, that's 15 U.S.C. Section 80a-42, that

1 prescribes the court review of orders in Courts of Appeals, and

2 then to the absence of any provision that prescribes court

3 review of rules and regulations, as somehow conferring

4 jurisdiction over the latter type of action by an agency in the

5 District Court. And that's the premise that I am going to

6 start from, although that does not lead to the result I believe

7 that DH2 urges.

8      DH2 has also defined something as a "rule" even

9 though it's not labeled that way by the SEC. As we know, it's

10 part of a December 24, 2003 release that accompanies an actual

11 rule that is labeled as such, the Compliance Rule. And so as

12 to make no mistake about what DH2 is seeking to do, it coins a

13 kind of manufactured label with initial capital letters, the

14 Fair (capital F) Value (capital V) Rule (capital R).

15      Now I am not going to repeat my entire Abe Lincoln

16 anecdote that I think I dealt with the last time, just the

17 concluding aphorism that I will adapt to this case, that

18 "calling a release a rule don't make it so." Instead for

19 present purposes, for this morning's purposes, I am going to

20 accept, although purely arguendo, DH2's characterization for

21 the limited purpose that's necessary to deal with the SEC's

22 motion to dismiss.

23      But as the SEC has urged in its motion and it

24 reasserts in the reply that I received just at the beginning of

25 this week, the cases on which DH2 places its principal reliance

1 for vesting the power of review in a District Court rather than

2 a Court of Appeals have, I think, been overtaken both by time

3 and by later decisions. Indeed, the D. C. Circuit itself

4 expressly disavowed the anchor for one of the cases that DH2

5 relies on fully a quarter of a century ago in its decision in

6 Investment Company -- let me get the exact name here --

7 Investment Company Institute against the Board of Governors of

8 Federal Reserve System, 551 F.2d 1270, over at pages 1276 and

9 -77, saying in part:

10     "Although some courts persist in reading special

11     review statutes covering 'orders' as not encompassing

12     regulations [citing a Third Circuit decision], the

13     general approach taken by United Gas Pipe Line [which

14     was, as I say, the underlying decision by Judge

15     Leventhal as I recall] is no longer good law in this

16     Circuit."

17         Let me on that score add something that is not in the

18 direct line of analysis, but I think it may be appropriate to

19 mention. Investment Company expressly repudiated the approach

20 that was taken in Independent Broker Dealers, a case on which

21 DH2 places its reliance from the D. C. Circuit. Although it

22 doesn't expressly talk about that case, I think, nonetheless it

23 seems to me that DH2 really had a responsibility, if it pointed

24 to the case that it sought to rely on, it should have at least

25 apprised the Court by fronting the potential lack of

5

1 precedential force that results from the later decision.

2      But let me, if I may, return to the direct line of

3 analysis. That Investment Company case in the D. C. Circuit

4 not only disavowed the doctrine that DH2 advances here as a

5 matter of D. C. law, but in doing so it also expressly

6 criticized the other case on which DH2 seeks to place support,

7 the Third Circuit decision in PBW Stock Exchange. And as for

8 the Third Circuit itself, when it has had occasion to consider

9 the same question or the related question that we are looking

10 at now, it too has taken the position that's at odds with that

11 earlier PWB -- PBW, I forget which -- opinion of construing

12 statutes that don't specify the forum for review, and I quote,

13 "liberally to allow exclusive jurisdiction in the Court of

14 Appeals." That quote is from a '92 case out of D. C. -- out of

15 the Third Circuit, Conoco, Inc. against Skinner, 970 F.2d 1205

16 at 1214.

17      Now both the Conoco case and the Supreme Court

18 decision on which it placed reliance, Florida Power & Light

19 against Lorion, 470 U.S. 729 at 743-44, an '85 decision, as

20 well as what I have quoted from the D.C. Circuit, also seem to

21 me to torpedo the part of DH2's argument that seeks support in

22 what it labels "the need for fact finding at the district court

23 level." Under the APA it's the administrative record of course

24 that provides the grist for the reviewing court's mill. Suppose

25 again, purely arguendo, that we make the assumption, which is

6

1 by definition speculative, that DH2 can overcome the several
2 hurdles that the SEC has identified as having to be surmounted
3 before it can get to the merits -- that is, that it can
4 persuade the Court of Appeals that what it seeks to review is
5 indeed a rule (a question I repeat I have not decided
6 substantively), it can persuade the Court of Appeals that it
7 has standing in the constitutional sense (a question on which I
8 express no view, because the flaw that I am addressing is
9 jurisdictional in nature), and that it can persuade the Court
10 of Appeals that the statements that it challenges are ripe for
11 review (also an issue on which I do not opine).
12      If DH2 could successfully dodge each of those bullets
13 and could persuade the Court of Appeals on the merits that the
14 SEC did not comply with the prerequisites for adoption of the
15 rule, and that being so that the administrative record is
16 substantively inadequate to support the adoption of the
17 purported rule, the Court of Appeals (like this Court) could
18 reject the putative rule on that ground. And if you think
19 about it, any such inadequacy would be a function of what's not
20 in the record.
21      For that kind of ruling the existing administrative
22 record is the one that has to survive scrunity. So in a sense
23 it's by definition adequate for reaching the conclusion that
24 DH2 seeks here. Indeed, if you look at Florida Power & Light,
25 that's its precise teaching. So that argument seems to me in a

7

1 sense to be self-defeating.

2     Now our own Court of Appeals, when it's had occasion
3 to come to identification of the forum that has jurisdiction,
4 has I see joined the D. C. Circuit's later rather than the
5 earlier position on the subject. None of the cases in our
6 Circuit is directly on point, but the thrust is distinctly one
7 of favoring Court of Appeals review over District Court review.
8 I am referring of course -- let me grab them, I had them all
9 here someplace. Yes. Sima Products Corporation against
10 McLucas, which is 612 F.2d 309. I am not going to extend this
11 by reading from the case, but they all have the same thrust --

12     MS. McCAFFREY: Excuse me, your Honor. I can no
13 longer hear you.

14     THE COURT: Yes, I know. I am moving away. I will
15 try to do this this way. Suburban O'Hare Commission against
16 Dole, which is 787 F.2d 186. And then most recently Clark
17 against the CFTC, which is 170 F.3d 110. I am sorry that's --
18 I beg your pardon, that's a Second Circuit decision. But the
19 two that I have referred to I think carry the same theme.
20 Indeed, in the last of those, and that's the reason that I
21 pulled that one out, because it relies in part on Seventh
22 Circuit law, that Clark case, the Court expressly said that if
23 a statute dealing with the subject is ambiguous, that there are
24 solid reasons for saying that it ought to be reviewed in the
25 Court of Appeals.

1       Note again in that respect that the Investment
2 Company Act is silent on the subject of reviewing SEC rules and
3 regulations, although everybody recognizes of course that
4 judicial review is available. Section 80a-42, Section 43 of
5 the Act, was really a necessary enactment, because without it
6 the APA would have lodged review jurisdiction in the District
7 Court, which after all is the expected forum where an order,
8 one that adjudicates the rights of an individual litigant, is
9 involved. But as the approach that's taught by the Florida
10 Power case and the Third Circuit's Conoco and the D. C.
11 Circuit's repudiation of doctrine reflects, no statute is
12 needed to direct the appellate route where settled law already
13 does that.
14      So in summary I find that the corollary of review
15 jurisdiction being committed to the Court of Appeals is that
16 jurisdiction is absent here in the District Court.
17      Now that leaves the question whether I should or
18 should not invoke Section 1631 of Title 28. Let me get that.
19 That says:
20     "Whenever a civil action is filed in a court or an
21     appeal, including a petition for review of
22     administrative action, is noticed for or filed with
23     such a court and that court finds that there is a
24     want of jurisdiction, the court shall, if it is in
25     the interest of justice, transfer such action or

1    appeal to any other court in which the action or

2    appeal could have been brought at the time that it

3    filed or noticed."

4        Now the SEC correctly points to two decisions from

5    our own Court of Appeals that say it's okay to "take a peek" at

6    the merits, despite the fact that we are dealing with

7    jurisdiction, in order to see whether everybody's time is going

8    to get wasted by a transfer. But of the two cases in which it

9    did that, one was a prisoner case in which the claim was

10   clearly out of time. It was beyond the time frame that

11   Congress has prescribed for prisoner cases. The other one was

12   a similar kind of situation, in which just looking at it told

13   you that it didn't belong in court at all. And therefore the

14   waste of resources was certainly a relevant consideration.

15       It seems to me that the issues that DH2 has posed

16   here are serious issues. I have already indicated that I am

17   not opining on several of the steps that have been set out here

18   by the SEC as prerequisites to success on DH2's part. And

19   frankly it seems to me it would be somewhat presumptuous of me

20   to essentially prescind what the Court of Appeals might do on

21   those issues. So my inclination, unless the SEC can persuade

22   me that there is some really convincing reason for saying

23   "dismiss" flat-out rather than transferring to the Court of

24   Appeals for the reasons that I have stated here orally, my

25   strong inclination would be to enter an order of transfer so

1 that the parties can have it out on the merits before our Court

2 of Appeals.

3      So let me if I may ask SEC's counsel whether the

4 position that you have taken that suggests that I do more than

5 "take a peek" -- really engage in kind of a searching

6 examination, as I would view it -- calls for an outright

7 dismissal for lack of subject matter jurisdiction.

8      MS. McCAFFREY: Your Honor, this is Donna McCaffrey

9 for the SEC. Our basis for that argument was our view that

10 they lack constitutional standing and that the claim is not

11 ripe. And there are arguments that were made in the brief.

12 This isn't a situation where we can point to a time statute and

13 say they are clearly out of time as far as I am aware.

14      THE COURT: Yes. It seems to me the issues are

15 serious. And because they are serious I am disinclined to

16 explore them, although I know the Supreme Court has expressed

17 the view a couple of years back and changed the rules really to

18 say that even where there is a lack of jurisdiction the court

19 can look at other issues first before the absence of

20 jurisdiction. Here it seems to me, although I do not -- I have

21 not -- subscribed to what DH2 has said, that the issues are

22 sufficiently serious so that the Court that has jurisdiction

23 over the case ought to be the one that decides those issues.

24      So the bottom line then is that I will order -- I am

25 finding the absence of jurisdiction for the reasons that I have

11

1 expressed orally, and I am ordering transfer to the Court of

2 Appeals. Among other things, that will help preserve our

3 nation's forests because of the volume of paper that both sides

4 have generated here, and that I trust will lessen the amount

5 that is going to have to be tendered up there.

6 May I hear from DH2's counsel?

7 MR. BERGEN: Your Honor, we are disappointed that we

8 won't be able to pursue this case further in this Court, but we

9 greatly appreciate the thorough and expeditious treatment that

10 this issue has gotten. It's very important to DH2 and we

11 believe to others in the industry, and we will continue our

12 efforts in the Court of Appeals.

13 Thank you very much.

14 THE COURT: Well, I will tell you it's the kind of

15 case that I am frankly reluctant to lose, because this is an

16 area that I like very much to deal with. But you know, in

17 Gertrude Stein terms, "jurisdiction is jurisdiction is

18 jurisdiction." And accordingly it seems to me that I am called

19 on to do what I have just done. And I appreciate your kind

20 thoughts, and I wish both sides luck in the Court of Appeals.

21 MR. BERGEN: Thank you, your Honor.

22 MS. McCAFFREY: Thank you, your Honor.

23 THE COURT: Thank you all.

24 (WHICH WERE ALL OF THE PROCEEDINGS HAD AT THE HEARING OF
  THE ABOVE-ENTITLED CAUSE ON THE DAY AND DATE AFORESAID.)

25

1

2          C E R T I F I C A T E

3
  I HEREBY CERTIFY that the foregoing is a true and correct
4 transcript from the report of proceedings in the above-entitled
  cause.
5

  _____
6 JESSE ANDREWS, CSR
  OFFICIAL COURT REPORTER
7 UNITED STATES DISTRICT COURT
  NORTHERN DISTRICT OF ILLINOIS
8 EASTERN DIVISION
  DATED: May 13, 2004
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25