AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

DH2

**JUDGMENT IN A CIVIL CASE**

v.

Case Number: 04 C 789

US SEC

☐   Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐   Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that final judgment is entered transferring this action to the 7th Circuit Court of Appeals.



Michael W. Dobbins, Clerk of Court

Date: 5/13/2004

Sandy Newland, Deputy Clerk