IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARK LEVY, MARC BRUH and ELLIOT Y. SCHEIER | : : : | |
| Plaintiffs, | : : | |
| v. | : : | CASE NUMBER    1:06CV00269<br>JUDGE:    Ricardo M. Urbina |
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | : : : : | DECK TYPE: Administrative Agency Review |
| Defendant. | : : : | |

**[PROPOSED] ORDER TRANSFERRING CASE TO COURT OF APPEALS**

This matter has come before the Court on the motion of the United States Securities and Exchange Commission ("SEC") to transfer this matter, pursuant to 28 U.S.C. 1631, to the United States Court of Appeals for the District of Columbia Circuit.  It is hereby

ORDERED AND ADJUDGED that the SEC's motion is GRANTED, and that final judgment is entered transferring this action to the United States Court of Appeals for the District of Columbia Circuit.

_____
UNITED STATES DISTRICT JUDGE

Date: _____

## SERVICE LIST

Richard M. Humes  
Thomas J. Karr  
Laura Walker  
Securities and Exchange Commission  
100 F. Street, N.E.  
Washington, D.C. 20549-9612  

Jeffrey S. Abraham  
Mitchell M.Z. Twersky  
Ximena Skovron  
ABRAHAM FRUCHTER & TWERSKY LLP  
One Penn Plaza, Suite 2805  
New York, New York 10119  

Scott A. Hodes  
Post Office Box 42002  
Washington, D.C. 20015