AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

MARK LEVY, MARC BRUH
and ELLIOT Y. SCHEIER,  )
      Plaintiff(s)  )  **APPEARANCE**
        )
        )
      vs.  )  CASE NUMBER   1:06-cv-269-RMU
UNITED STATES SECURITIES AND  )
EXCHANGE COMMISSION,  )
      Defendant(s)  )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Thomas J. Karr__ as counsel in this
                        (Attorney's Name)

case for: __Securities and Exchange Commission__
          (Name of party or parties)

March 21, 2006
Date

*[signature: Thomas J. Karr]*
Signature

D.C. Bar. #426340
BAR IDENTIFICATION

Thomas J. Karr
Print Name

100 F. Street, NE
Address

Washington, DC 20549-9612
City    State    Zip Code

(202) 551-5163
Phone Number