AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

MARK LEVY, MARC BRUH
and ELLIOT Y. SCHEIER,
        Plaintiff(s)    )
      )
      )
        vs.    )
UNITED STATES SECURITIES AND  )
EXCHANGE COMMISSION,  )
        Defendant(s)  )

**APPEARANCE**

CASE NUMBER   1:06-cv-269-RMU

To the Clerk of this court and all parties of record:

Please enter the appearance of **Laura Walker** as counsel in this
                            (Attorney's Name)

case for: **Securities and Exchange Commission**
           (Name of party or parties)

March 22, 2006
Date

_/s/ Laura Walker_
Signature

D.C. Bar No. 445455
BAR IDENTIFICATION

Laura Walker
Print Name

100 F Street, N.E.
Address

Washington, D.C.   20549-9612
City    State    Zip Code

(202) 551-5031
Phone Number