UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK LEVY, MARC BRUH and ELLIOT Y. SCHEIER,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Defendant. | Case No. 1:06-cv-269-RMU |

**[PROPOSED] ORDER DENYING DEFENDANT'S MOTION TO TRANSFER THIS ACTION TO THE UNITED STATES COURT OF APPEALS FOR THE <u>DISTRICT OF COLUMBIA CIRCUIT</u>**

This matter has come before the Court on the motion of the United States Securities and Exchange Commission to transfer this action to the United States Court of Appeals for the District of Columbia Circuit. It is hereby

ORDERED AND ADJUDGED that the motion to transfer is DENIED.

Date: _____

_____
HON. RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE