IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARK LEVY, MARC BRUH** and **ELLIOT Y. SCHEIER**     :<br>:<br>Plaintiffs,     :<br>:<br>v.     :<br>:<br>UNITED STATES SECURITIES :<br>AND EXCHANGE     :<br>COMMISSION,     :<br>:<br>Defendant.     :<br>_____: | CASE NUMBER     1:06CV00269<br>JUDGE:     Ricardo M. Urbina<br>DECK TYPE: Administrative Agency Review |

**DEFENDANT'S MOTION TO STAY PROCEEDINGS**

Defendant Securities and Exchange Commission ("SEC" or "Commission") hereby moves this Court for an order staying these proceedings until such time as the Court has made a decision on Defendant's Motion to Transfer This Action to the United States Court of Appeals for District of Columbia Circuit ("Motion to Transfer"). In the Motion to Transfer, the SEC argued that this action should be transferred to the Court of Appeals because this Court lacks subject matter jurisdiction. If the Court grants the Motion to Transfer, then an answer or other response to Plaintiffs' Complaint by the SEC will be unnecessary. Staying these proceedings until such time as the Motion to Transfer has been decided therefore will serve the interests of judicial efficiency and economy.

Counsel for the SEC has conferred with counsel for Plaintiffs, who have indicated that Plaintiffs do not consent to this motion.

## CONCLUSION

For the foregoing reasons, the SEC requests that the Court stay these proceedings until such time as it has made a decision on Defendant's Motion to Transfer.

                                    Respectfully submitted,
                                    RICHARD M. HUMES, D.C. Bar No. 271627
                                    Associate General Counsel

                                             /s/
                                    _____

                                    THOMAS J. KARR, D.C. Bar No. 426340
                                    Special Trial Counsel

                                    LAURA WALKER, D.C. Bar No. 445455
                                    Senior Counsel

                                    UNITED STATES SECURITIES
                                    AND EXCHANGE COMMISSION
                                    100 F Street, N.E.
                                    Washington, D.C.  20549-9612
                                    (202) 551-5180
                                    (202) 772-9263 (fax)

Dated: April 10, 2006