### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MARK LEVY, MARC BRUH** | : | |
| **and ELLIOT Y. SCHEIER** | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| **v.** | : | **CASE NUMBER   1:06CV00269** |
| | : | **JUDGE:   Ricardo M. Urbina** |
| **UNITED STATES SECURITIES** | : | **DECK TYPE: Administrative Agency Review** |
| **AND EXCHANGE** | : | |
| **COMMISSION,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## [PROPOSED] ORDER STAYING PROCEEDINGS

This matter has come before the Court on the motion of the United States Securities and

Exchange Commission ("SEC") to stay this action.  It is hereby,

ORDERED AND ADJUDGED that the SEC's motion is GRANTED, and that these

proceedings are stayed until further order of the Court, at which time the Court will set new

deadlines for the SEC to answer or otherwise respond to Plaintiff's Complaint.

_____
UNITED STATES DISTRICT JUDGE

Date: _____

**SERVICE LIST**

Richard M. Humes                             Jeffrey S. Abraham
Thomas J. Karr                               Mitchell M.Z. Twersky
Laura Walker                                 Ximena Skovron
Securities and Exchange Commission           ABRAHAM FRUCHTER & TWERSKY  LLP
100 F. Street, N.E.                          One Penn Plaza, Suite 2805
Washington, D.C. 20549-9612                  New York, New York 10119

                                             Scott A. Hodes
                                             Post Office Box 42002
                                             Washington, D.C. 20015