IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MARK LEVY, MARC BRUH** and **ELLIOT Y. SCHEIER** | : : | |
| Plaintiffs, | : : | |
| v. | : : | CASE NUMBER    1:06CV00269 JUDGE:    Ricardo M. Urbina |
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION,** | : : : | DECK TYPE: Administrative Agency Review |
| Defendant. | : : : | |

**[PROPOSED] ORDER STAYING PROCEEDINGS**

This matter has come before the Court on the motion of the United States Securities and Exchange Commission ("SEC") to stay this action. It is hereby,

ORDERED AND ADJUDGED that the SEC's motion is GRANTED, and that these proceedings are stayed until further order of the Court, at which time the Court will set new deadlines for the SEC to answer or otherwise respond to Plaintiff's Complaint.

_____
UNITED STATES DISTRICT JUDGE

Date: _____

**SERVICE LIST**

Richard M. Humes  
Thomas J. Karr  
Laura Walker  
Securities and Exchange Commission  
100 F. Street, N.E.  
Washington, D.C. 20549-9612  

Jeffrey S. Abraham  
Mitchell M.Z. Twersky  
Ximena Skovron  
ABRAHAM FRUCHTER & TWERSKY  LLP  
One Penn Plaza, Suite 2805  
New York, New York 10119  

Scott A. Hodes  
Post Office Box 42002  
Washington, D.C. 20015