UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK LEVY, MARC BRUH and ELLIOT Y. SCHEIER,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Defendant. | Case No. 1:06-cv-269-RMU |

**[PROPOSED] ORDER DENYING DEFENDANT'S MOTION TO STAY PROCEEDINGS**

This matter has come before the Court on the motion of the Defendant United States Securities and Exchange Commission to stay these proceedings. It is hereby

ORDERED AND ADJUDGED that the motion to stay proceedings is DENIED.

Date: _____

_____
HON. RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE