UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| MARK LEVY, MARC BRUH and ELLIOT Y. SCHEIER, | : : : | | |
| Plaintiffs, | : : | Civil Action No.: | 06-269 (RMU) |
| v. | : : | Document No.: | 7 |
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | : : : : | | |
| Defendant. | : | | |

## ORDER

### DENYING THE DEFENDANT'S MOTION TO TRANSFER

For the reasons stated in the Memorandum Opinion contemporaneously filed herewith, it is this 28th day of November, 2006,

**ORDERED** that the defendant's motion to transfer is **DENIED**, and it is

**FURTHER ORDERED** that the parties submit supplemental briefing to the court within 45 days of this order on the issues of comity, equitable restraint, estoppel, judicial efficiency, and any other relevant principles which may bear on the court's concerns as expressed in the court's memorandum opinion filed contemporaneously herewith.

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge