UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARK LEVY, MARC BRUH            )
and ELLIOT Y. SCHEIER,           )
                                 )
        Plaintiffs,              )     Case No.  1:06-cv-269-RMU
                                 )
   v.                            )
                                 )
UNITED STATES SECURITIES AND     )
EXCHANGE COMMISSION,             )
                                 )
        Defendant.               )
                                 )
_____  )

**PLAINTIFFS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE THE PARTIES' CONCURRENT SUPPLEMENTAL BRIEFS PURSUANT TO THE COURT'S MEMORANDUM OPINION AND ORDER DATED NOVEMBER 28TH, 2006**

Pursuant to Paragraph 5 of the Court's Standing Order for Civil Cases, Plaintiffs respectfully move for a 30-day extension of time to the current due date for the parties' concurrent supplemental briefing, which was ordered by the Court in the Memorandum Opinion and Order dated November 28, 2006 entered in connection with the defendant's Motion to Transfer This Action to the United States Court of Appeals for the District of Columbia Circuit (hereinafter "Motion to Transfer").

Although the Court denied the Motion to Transfer in its Memorandum Opinion, the Court ordered supplemental briefing concerning comity and related principles and set forth a briefing schedule in which the parties' concurrent opening briefs are due within

1

thirty (30) days of the Memorandum Opinion, or on December 28, 2006, and concurrent responsive briefs are due 15 days thereafter, or on January 12, 2007.

Plaintiffs seek to extend the deadline for concurrent opening briefs by 30 days to January 29, 2007, with responsive briefs due 14 days thereafter, on February 12, 2007, pursuant to the parties' agreement. This proposed briefing schedule is reflected in the proposed Order attached hereto.

This is Plaintiffs' first request for an extension of time in the instant action. Plaintiffs have contacted counsel for defendant Securities and Exchange Commission, who has indicated he does not oppose the instant motion. The requested extension will have no impact on existing deadlines, as there has not been a discovery schedule or order entered in this case.

Good cause exists to grant Plaintiffs' request for an extension of time, which is precipitated by the closure of counsel for Plaintiffs' office for the holidays and the previously scheduled holiday vacations of attorneys and staff of Abraham Fruchter & Twersky LLP with primary responsibility for the supplemental briefing during the last two weeks of December. Plaintiffs also believe that they will require the full 30 day extension in order to fully and adequately address the complex issues concerning comity and related principles raised by the Court in its Memorandum Opinion and Order.

## CONCLUSION

Plaintiffs respectfully request that their unopposed Motion be granted and that the briefing schedule for supplemental briefing be revised as reflected in the attached proposed Order.

Dated: December 18, 2006    By: /S/ _____
           Scott A. Hodes, Attorney At Law
           (D.C. Bar No. 430375)
           Post Office Box 42002
           Washington, D.C. 20015
           Telephone: (301) 404-0502
           Facsimile: (413) 641-2833

**ABRAHAM FRUCHTER & TWERSKY LLP**

By: /S/ _____
  Mitchell M.Z. Twersky (*pro hac vice*)
  Ximena R. Skovron (*pro hac vice*)
  One Penn Plaza, Suite 2805
  New York, NY 10119
  Telephone:   (212) 279-5050
  Facsimile:   (212) 279-3655

**Attorneys for Plaintiffs Mark Levy, Marc Bruh and Elliott Y. Scheier**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARK LEVY, MARC BRUH            )
and ELLIOT Y. SCHEIER,          )
                                )
        Plaintiffs,             )        Case No. 1:06-cv-269-RMU
                                )
v.                              )
                                )
UNITED STATES SECURITIES AND    )
EXCHANGE COMMISSION,            )
                                )
        Defendant.              )
                                )
_____)

# [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME

This matter has come before the Court on the unopposed motion of the plaintiffs to extend the time by which the parties can file their supplemental briefs pursuant to the Memorandum Opinion and Order dated November 28, 2006. Having found that good cause exists to grant the requested extension, it is this _____ day of December, 2006,

**ORDERED** that the plaintiffs' motion for an extension of time is **GRANTED**, and it is

**FURTHER ORDERED** that the parties file supplemental briefs by January 29, 2007, and responsive briefs by February 12, 2007.

**SO ORDERED.**                 _____
                                HON. RICARDO M. URBINA
                                UNITED STATES DISTRICT JUDGE