AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

MARK LEVY, MARC BRUH and
ELLIOT Y. SCHEIER,    )
      Plaintiff(s)    )  **APPEARANCE**
      )
      )
      vs.    )  CASE NUMBER   1:06-cv-269-RMU
UNITED STATES SECURITIES AND    )
EXCHANGE COMMISSION    )
      Defendant(s)    )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Christopher M. Bruckmann   as counsel in this
                     (Attorney's Name)

case for:   Securities and Exchange Commission
             (Name of party or parties)

December 18, 2006    *[signature]*
Date    Signature

      Christopher M. Bruckmann
      Print Name

D.C. Bar # 491136    100 F. Street, NE
BAR IDENTIFICATION    Address

      Washington, D.C.   20549-9612
      City    State    Zip Code

      (202) 551-5104
      Phone Number