UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARK LEVY, MARC BRUH )
and ELLIOT Y. SCHEIER, )
)
Plaintiffs, ) Case No. 1:06-cv-269-RMU
)
v. )
)
UNITED STATES SECURITIES AND )
EXCHANGE COMMISSION, )
)
Defendant. )
)
_____ )

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(i)**

**TO THE COURT, THE PARTIES AND THE CLERK OF COURT:**

Plaintiffs Mark Levy, Marc Bruh and Elliott Y. Scheier, by their attorneys, hereby voluntarily dismiss the above-captioned action pursuant to Fed. R. Civ. P. 41(a)(1)(i).

Defendant has not filed or served an answer nor moved for summary judgment in this action. No prejudice to any party will result from this dismissal.

Dated: January 29, 2007      By:___/S/_____
                              Scott A. Hodes, Attorney At Law
                              (D.C. Bar No. 430375)
                              Post Office Box 42002
                              Washington, D.C. 20015
                              Telephone: (301) 404-0502
                              Facsimile: (413) 641-2833

**ABRAHAM FRUCHTER & TWERSKY LLP**

By: /S/
    Mitchell M.Z. Twersky (pro hac vice)
    Jeffrey S. Abraham (pro hac vice)
    Ximena R. Skovron (pro hac vice)
    One Penn Plaza, Suite 2805
    New York, NY 10119
    Telephone:  (212) 279-5050
    Facsimile:  (212) 279-3655

*Attorneys for Plaintiffs Mark Levy, Marc Bruh and Elliott Y. Scheier*